■ In the Matter of RACQUET & TENNIS CLUB, Appellant, v STATE TAX COMMISSION, Respondent.—Appeal from a judgment of the Supreme Court (Doran, J.), entered January 27, 1988 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent sustaining a sales and use tax assessment imposed under Tax Law articles 28 and 29.

Judgment affirmed, without costs, upon the opinion of Justice Robert F. Doran. Mahoney, P. J., Kane, Mikoll, Yesawich, Jr., and Harvey, JJ., concur. [See, 141 Misc 2d 124.]